

No. 15–0045/NA.  U.S. v. Brian M. Hatch.  CCA 201400011.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 9, 2014.

No. 15–0046/MC.  U.S. v. Richard A. Smith.  CCA 201300401.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 9, 2014.

No. 15–0047/MC.  U.S. v. Dymond R. McCray.  CCA 201300390.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 9, 2014.

